IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:05cr66-MHT
                            )            (WO)
JOHN DARTER                 )
```

### ORDER

It is ORDERED that the revocation petition (doc. no. 298) is set for an evidentiary hearing on July 13, 2015, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 7th day of July, 2015.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE