IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr066-MHT-WC |
| JOHN DARTER | ) | (WO) |

ORDER

For good cause, it is ORDERED that (1) the hearing on the revocation petition (doc. no. 298), now set for July 13, 2015, is reset for October 1, 2015, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama; and (2), pursuant to 18 U.S.C. § 3583(i), defendant John Darter's supervision shall continue  so that the court may properly adjudicate the matters stated in the petition and warrant alleging noncompliance with the terms of defendant Darter's supervised release (doc. nos. 298 & 300).

***

This order is based on the following understandings, which will provide Darter with the mental-health help he needs as soon as possible: The magistrate judge will enter an order instructing  Darter to report to

the Fellowship House on July 15, 2015.  Darter will remain in U.S. Marshal's custody this evening and then will be released tomorrow morning to home confinement with electronic monitoring until he reports to Fellowship House.  The electronic monitoring is not to punish Darter, but rather is imposed so that the court can closely monitor his whereabouts because of his emotional state and so that the court can be sure he is getting the help he needs.  The 60-day term at Fellowship House will provide him with extensive drug and psychiatric treatment.

DONE, this the 9th day of July, 2015.

 /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**