IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:05cr66-MHT
                            )           (WO)
JOHN DARTER                 )
```

ORDER

Based on the representations made on the record on September 29, 2015, it is ORDERED as follows:

(1) The government's oral motion to dismiss (doc. no. 309) is granted.

(2) The revocation petition (doc. no. 298) against defendant John Darter is dismissed.

DONE, this the 30th day of September, 2015.

                                          /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE